# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor(s) – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden and trade names.) |
|---|---|
| 1015 6TH AVENUE LLC | |

Last Four digits of Social Security or other Individual's Tax-I.D. No/ Complete EIN (If more than one, state all)   13-4082492

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) | MAILING ADDRESS OF DEBTOR (if different from street address) |
|---|---|
| 1015 6TH AVENUE<br>GROUND FLOOR STORE | ZIP CODE |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
NEW YORK

ZIP CODE 10018

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed address)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
[x] Chapter 7     [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe
[ ] Debts are primarily consumer debts
[x] Debts are primarily business debts

**Type of Debtor** (Form of Organization)
[ ] Individual (Includes Joint Debtor)
[x] Corporation (Includes LLC and LLP)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box)
[ ] Health Care Business
[x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[ ] Other

**VENUE**
[x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
[x] Full Filing Fee attached
[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in §304(g) of the bankruptcy Reform Act of 1994, no fee is required.]*

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR
(Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATION
(check applicable boxes)

1 [X] Petitioner(s) are eligible to file this petition pursuant to 11 U S C § 303 (b).

2 [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3a [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

 b [ ] Within 120 days preceding the filing of this petition, a custodian other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a)

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____/S/_____ <br> Signature of Petitioner or Representative (State title) | X_____/S_____6/29/2011 <br> Signature of Attorney              Date |
| 551 Broadway Realty LLC          6/29/2011 <br> Name of Petitioner                 Date Signed | __JON A. LEFKOWITZ. ESQ/_____ <br> Name of Attorney Firm (If any) <br> ___1222 Avenue M - Suite 204_____ <br> Address |
| Name & Mailing Address of Individual    Freddie Harrari <br> Signing in Representative               551 Broadway <br> Capacity                               Long Branch, NJ 07740 | __Brooklyn, New York 11230_____ <br> Telephone No. <br> 718 692-0459  -  Fax: 718 376-2746 |
| X_____ <br> Signature of Petitioner or Representative (State title) | X_____ <br> Signature of Attorney              Date |
| _____ <br> Name of Petitioner        Date Signed | _____ <br> Name of Attorney Firm (If any) <br> _____ <br> Address |
| Name & Mailing Address of Individual    _____ <br> Signing in Representative <br> Capacity                               _____ | _____ <br> Telephone No. |
| X_____ <br> Signature of Petitioner or Representative (State title) | X_____ <br> Signature of Attorney              Date |
| _____ <br> Name of Petitioner        Date Signed | _____ <br> Name of Attorney Firm (If any) <br> _____ <br> Address |
| Name & Mailing Address of Individual    _____ <br> Signing in Representative <br> Capacity                               _____ | _____ <br> Telephone No. |

### PETITIONING CREDITORS

| | |
|---|---|
| 551 Broadway Realty LLC <br> 551 Broadway <br> Long Branch, NJ 07740 <br> _____ <br> Name and Address of Petitioner | Nature of Claim                    Amount of Claim <br> Unpaid Balance of Cash Loan & Advances  $60,000.00 <br> _____ |
| _____ <br> Name and Address of Petitioner | Nature of Claim                    Amount of Claim <br> _____ |
| _____ <br> Name and Address of Petitioner | Nature of Claim                    Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitionerøs signature under the statement and the name of attorney and petitioning creditor information in the format above

Total Amount of Petitionersø Claims $60,000.00

_____continuation sheet attached

11-D-02

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re:                                                                  INVOLUNTARY CHAPTER 7

1015 6TH AVENUE LLC                                  Case No.
                    Debtor.
_____X

## INVOLUNTARY CHAPTER 7 PETITION

Petitioner, 551 BROADWAY REALTY LLC, respectfully alleges:

1. Petitioner, 551 BROADWAY REALTY LLC, with an address at 551 Broadway, Long Branch, NJ 07740, (the õPetitioning Creditorö), holding an unsecured claim against the Debtors, not contingent as to liability and not in dispute, amounting in aggregate to $60,000.00.

2. The nature of the claim is for monies loaned and advanced by the petitioner to the Debtor, and the amount of the claim is $60,000.00.

3. The Debtor has his principal place of residence within the district for a longer of One Hundred Eighty (180) days preceding the filing of this Involuntary Petition than in any other district, to wit: the Debtorøs address within the district is 1015 6TH AVENUE, GROUND FLOOR STORE, NEW YORK, NY 10018.

4. The DEBTOR is a LLC against whom an Order for Relief may be entered under Title XI; Chapter 7 of the United States Bankruptcy Code.

5. The Debtor is generally not paying the debts as they become due and that the Creditor(s) holding the claim(s) are not contingent as to liability and not subject to bona fide dispute, and said claim(s) amount in aggregate, in excess of any lien held by them on the Debtorøs property securing such claims, to at least $50,000.00.

6. That Petitioner did present loan agreements, notes, contracts, receipts, invoices and statements evidencing the debt, and did demand payment or delivery of the pledged collateral, which was refused.

7. That Upon Information and belief, the Debtor does not have more than twelve (12) creditors.

8. That it is verily believed that a Chapter 7 is the only relief to be granted, and it is further verily believed that when all facts are known, it will be determined that no viable assets exists or the Debtor is not able to be rehabilitated.

WHEREFORE, the Petitioning Creditor prays that on Order for Relief be entered against the Debtor under Chapter 7 of Title 11 of the United States Bankruptcy Code.

Dated: Brooklyn, New York
June 29, 2011

551 BROADWAY REALTY LLC

_____/S/_____
By: Freddie Harrari, MANAGING MEMBER

## UNSWORN DECLARATION

Freddie Harrari declares that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: Brooklyn, New York
June 29, 2011

551 BROADWAY REALTY LLC

_____/S/_____
By: Freddie Harrari, MANAGING MEMBER