**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Involuntary Chapter 7 |
|  | : |  |
| 1015 6th Avenue LLC, | : | Case No. 11-13143 (ALG) |
|  | : |  |
| Putative Debtor. | : |  |

-----------------------------------------------------------------x

## ORDER TO SHOW CAUSE SCHEDULING HEARING ON MOTION DISMISSING INSTANT BANKRUPTCY PROCEEDING AND GRANTING SUCH FURTHER RELIEF AS MAY BE WARRANTED

Petitioner having purported to commence an involuntary bankruptcy proceeding against the Debtor, 1015 6th Avenue LLC, during the pendency of a case filed by such Debtor (the "Pending Case"), in which an order granting relief from the automatic stay has been entered,

Let the Petitioning Creditor show cause at a hearing to be held before the undersigned Bankruptcy Judge on **July 7, 2011 at 10:30a.m.**, in Courtroom 617 of the United States Bankruptcy Court, located at the Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, why (i) the Court should not dismiss the Involuntary Case because the Pending Case involving the same Debtor is currently pending in this Court; (ii) if this case is not dismissed, the Order Granting Relief From The Automatic Stay entered in the Pending Case on June 15, 2011 (Dkt. No. 7) should not be adopted in this case; (iii) the Petitioning Creditor and all parties acting in concert therewith should not be enjoined from seeking any other or further relief regarding the Debtor other than by relief sought by motion in the Pending Case; (iv) damages should not be assessed; and (v) such further relief as may be warranted should not be granted.

**IT IS SO ORDERED.**


Dated:  New York, New York
          July 1, 2011


                                        _/s/ Allan L. Gropper_
                                        **UNITED STATES BANKRUPTCY JUDGE**


CC:    Petitioning Creditor, 551 Broadway Realty LLC
       Counsel for the Petitioning Creditor, Jon A. Lefkowitz
       Counsel for the Landlord in the Pending Case, Mark Frankel
       The Debtor
       The United States Trustee