UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :        Involuntary Chapter 7
                                                    :
1015 6th Avenue LLC,                                :        Case No. 11-13143 (ALG)
                                                    :
    Putative Debtor.                              :
---------------------------------------------------------------x

## **ORDER**

Upon the Court's motion by Order to Show Cause, dated July 1, 2011, a hearing before this Court was held on July 7, 2011, attended by counsel for the Petitioning Creditor and the Debtor's Landlord, and for the reasons stated at the hearing; it is hereby

ORDERED, that Case No. 11-13143 is dismissed; and it is further

ORDERED, that the Petitioning Creditor and all parties acting in concert are enjoined from seeking any other or further relief regarding the Debtor in any bankruptcy court other than by relief sought by motion in the Debtor's voluntary case, Case No. 11-12131 (MG); and it is further

ORDERED, that nothing herein shall affect any relief granted in Case No. 11-12131; and it is further

ORDERED, that the Clerk's Office shall send notice of this Order to all parties who received notice of the filing of Case No. 11-13143.

Dated: New York, New York
       July 7, 2011

                                                  */s/ Allan L. Gropper*
                                          **UNITED STATES BANKRUPTCY JUDGE**