# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### One Bowling Green
### New York, NY 10004–1408

---

IN RE: 1015 6th Avenue LLC        CASE NO.: 11–13143–alg

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER: 7
13–4082492

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Allan L. Gropper in this Chapter 7 case.

1015 6th Avenue LLC was dismissed from the case on July 7, 2011 .

Dated: July 7, 2011                         Vito Genna
                                                Clerk of the Court